PROBATION FORM NO. 35
(1/92)

U.S. PROBATION OFFICE

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED
2008 FEB 13 P 1:41

2008 FEB 15 P 1:12
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## United States District Court

### FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

TYRONE CONLEY

Crim #: 3:00CR00044(JCH)

Re: **Early Termination of Supervision**

On **08/08/2003** the above named was placed on **SUPERVISED RELEASE** for a period of **5 years**. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Deborah S. Palmieri
Senior U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 11th day of February, 2008.

The Honorable Janet C. Hall
United States District Court Judge